

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA,

Plaintiff(s),

v.

Javell Williams,

Defendant(s).

Case No. 18cr200
Judge Sheila Finnegan

### ORDER

Initial appearance and removal hearing held on 4/2/2018. Defendant Javell Williams appears following arrest on 4/1/2018. Defendant advised of charges contained in indictment returned by grand jury in the U.S. District Court for the Southern District of Iowa, and maximum penalties available under the law and informed of his rights. Enter order appointing Paul Camarena of the Federal Defender Program as counsel for defendant for this hearing only subject to the Court receiving financial information and making a finding of inability to afford counsel. The Government orally moves for pretrial detention on the grounds that if released the defendant poses a serious risk of flight and danger to the community. The detention hearing and possible identity hearing (or status report on whether Defendant seeks one) are set on 4/4/2018 at 3:00 p.m. Defendant shall remain in federal custody until further order of the Court.

(00.15)

Date: 4/2/2018

_____
Sheila Finnegan
United States Magistrate Judge