

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

## Transfer of Criminal Case

April 6, 2018

United States District Court
Southern District of Iowa
123 East Walnut Street
Des Moines, IA 50309

Case Title:  USA v. Williams

Northern District of Illinois Case No.:  18-cr-200    Other Court's Case No.:  4:18-cr-69

Dear Sir/Madam:

Enclosed please find a certified copy of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**              ☐ In    ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.

Revised 10/03/16

☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**              ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Erica Aranda
    Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:

Clerk, U.S. District Court
By:
Deputy Clerk

Revised 10/03/16